# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:** *STEVEN HOLLENHEAD*　　　　　　　　　**CASE NO.** *13-13089*
　　　　**DEBTOR(S)**　　　　　　　　　　　　　　　　**CHAPTER 13**

## MOTION TO AVOID A JUDGMENT LIEN

**COMES NOW** the Debtor named above and files his Motion to Avoid a Judgment Lien, showing the court as follows:

That prior to filing his Chapter 13 Bankruptcy, the Creditor, **NU-WAY CASH AND CARRY**, obtained a judgment against the Debtor. The Creditor had filed said judgment in the judgment rolls of the Debtor's resident county, that being **Webster County (2012-38-CVM).** That the judgment impairs an exemption that the Debtor would be otherwise be entitled to, under § 85-3-21, Miss. Code Ann. Therefore, Debtor respectfully request that the Court receives, and docket the Motion and that upon hearing the court issue an Order Avoiding the Judgment Lien of **NU-WAY CASH AND CARRY**, against the Debtor**,** such other and further relief as the court deems just and proper under the circumstances.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　**STEVEN HOLLENHEAD**


　　　　　　　　　　　　　　　　　　　　　　/s/ William C. Cunningham
　　　　　　　　　　　　　　　　　　　　　　William C. Cunningham

Prepared By:
WILLIAM C. CUNNINGHAM
ATTORNEY AT LAW
817 2nd Avenue North
Post Office Box 624
Columbus, MS 39703
Telephone: (662) 329-2455
Facsimile: (662) 329-4411
wccsinc@gmail.com
MS Bar No. 7964

## **CERTIFICATE OF SERVICE**

I, William C. Cunningham, Attorney for the Debtor, do hereby certify that I have this day mailed and/or electronically filed a true and correct copy the foregoing **Motion To Avoid Judgment Lien**, by United States Postal Service, postage prepaid, or by electronic filing through the ECF System to:

Terre M. Vardaman, Chapter 13 Trustee
**Vardaman13@gmail.com**

Office of the U.S. Trustee
**USTPRegion.05.AB.ECF@usdoj.gov**

**NU-WAY CASH AND CARRY – P.O. BOX 733, EUPORA, MS 39744**

**SO CERTIFIED:** July 30, 2013

/s/William C. Cunningham
William C. Cunningham
Attorney at Law

Prepared By:
WILLIAM C. CUNNINGHAM
ATTORNEY AT LAW
817 2nd Avenue North
Post Office Box 624
Columbus, MS 39703
Telephone: (662) 329-2455
Facsimile: (662) 329-4411
wccsinc@gmail.com
MS Bar No. 7964